UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANDRICA JONES, individually and on behalf
Of all others similarly situated,

    Plaintiff,

      v.                               CASE NO.:  4:18-cv-00152

CENTRAL CREDIT SERVICES, LLC and
JOHN DOES 1-25,

    Defendants.
_____/

**ORDER FOR CASE DISMISSAL WITH PREJUDICE**

THE COURT, having reviewed the Parties' Stipulation of Dismissal With Prejudice [de#12] and noting that the Parties have submitted a proposed order dismissing the case, does hereby order that the case is dismissed with prejudice with each party to bear their respective costs and fees.

**SIGNED this the 17th day of July, 2018.**

                                                _/s/ Richard A. Schell_
                                                RICHARD A. SCHELL
                                                UNITED STATES DISTRICT JUDGE